**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO.** |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 71.114.105.135,** | * | |
| | * | |
| **Defendant.** | * | |

### NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

          Respectfully submitted,

          MALIBU MEDIA, LLC.
          PLAINTIFF
          By: /s/ *Jon A. Hoppe*
          Jon A. Hoppe, Esquire #6479
          Counsel
          Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
          1401 Mercantile Lane #105
          Largo, Maryland 20774
          (301) 341-2580