**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Civil Action No. 8:15-cv-03194-TDC

JOHN DOE, subscriber assigned IP address
71.114.105.135,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.114.105.135. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  December 31, 2015

                                                      Respectfully submitted,

                                                      By:  /s/ *Jon A. Hoppe*
                                                      Jon A. Hoppe, Esquire
                                                      jhoppe@mhhhlawfirm.com
                                                      MADDOX, HOPPE, HOOFNAGLE &
                                                      HAFEY, L.L.C.
                                                      1401 Mercantile Lane #105
                                                      Largo, Maryland 20774
                                                      Phone:  301-341-2580
                                                      *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on December 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe_____
Jon A. Hoppe
